Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Thomas Rix, an individual, on behalf of himself, and on behalf of all persons similarly situated,

vs

LOCKHEED MARTIN CORPORATION, a Maryland Corporation; and DOES 1 to 10,
Defendants.

FILED

**SUMMONS IN A CIVIL ACTION**

Case No. '09 CV 2063   MMA NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Norman B. Blumenthal, Blumenthal, Nordrehaug & Bhowmik,
2255 Calle Clara, La Jolla, CA 92037, Tel: (858) 551-1223,
Fax: (858) 551-1232, E-mail: Norm@bamlawlj.com

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

SEP 2 1 2009

DATE

By J. ROCHA, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)