| | |
|---|---|
| 1 | **BLUMENTHAL, NORDREHAUG & BHOWMIK** |
|   | Norman B. Blumenthal (State Bar #068687) |
| 2 | norm@bamlawlj.com |
|   | Kyle R. Nordrehaug (State Bar #205975) |
| 3 | kyle@bamlawlj.com |
|   | Aparajit Bhowmik (State Bar #248066) |
| 4 | aj@bamlawlj.com |
|   | 2255 Calle Clara |
| 5 | La Jolla, CA 92037 |
|   | Telephone: (858)551-1223 |
| 6 | Facsimile: (858) 551-1232 |

**UNITED EMPLOYEES LAW GROUP**
  Walter Haines, Esq. (State Bar #71075)
walter@whaines.com
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff
THOMAS RIX

*ATTORNEYS FOR DEFENDANT
LISTED ON SECOND PAGE*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RIX, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland Corporation, and DOES 1 to 10,<br><br>Defendant. | Case No. 09-cv-2063-CAB (NLS)<br><br>**JOINT MOTION TO DISMISS ACTION PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 09-cv-2063-CAB (NLS)

DB2/ 24211465.1

JOHN S. BATTENFELD, SBN 119513
email: jbattenfeld@morganlewis.com
ALEXANDER CHEMERS, SBN 263726
email: achemers@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel.  213.612.2500; Fax:  213.612.2501

JOHN HAYASHI, SBN 211077
email: jhayashi@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel:  949.399.7000; Fax: 949.399.7001

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

Case No. 09-cv-2063-CAB (NLS)

DB2/ 24211465.1

1  Plaintiff Thomas Rix ("Plaintiff") and Defendant Lockheed Martin
2  Corporation ("Defendant"), by and through their respective counsel of record, enter
3  into this Joint Motion to dismiss this action pursuant to F.R.C.P. Rule
4  41(a)(1)(A)(ii).  The Parties hereby stipulate and agree as follows:
5  WHEREAS, on September 21, 2009, Plaintiff filed the above-captioned
6  action in the United states District Court for the Southern District of California
7  against Defendant;
8  WHEREAS, on February 3, 2010, Plaintiff filed an Amended Class and
9  Collective Action Complaint in this action;
10  WHEREAS, on November 15, 2010, Plaintiff filed a motion for class
11  certification;
12  WHEREAS, on March 14, 2011, the Court denied Plaintiff's motion for class
13  certification;
14  WHEREAS, on February 15, 2013, the District Court issued an Order
15  declining to exercise supplemental jurisdiction over Plaintiff's remaining state law
16  claims, which were dismissed without prejudice, leaving only Plaintiff's individual
17  Fair Labor Standards Act ("FLSA") claim pending in this District;
18  WHEREAS, there is a bona fide dispute as to the validity of Plaintiff's FLSA
19  claim;
20  WHEREAS, the Parties have reached a compromise to resolve Plaintiff's
21  FLSA claim; and
22  WHEREAS, the Parties agree that Plaintiff's FLSA claim and the action
23  should be dismissed with prejudice.
24  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
25  through the Parties' respective counsel, as follows:
26  1. Plaintiff's FLSA claim and the action are dismissed in its entirety with
27     prejudice;
28  2. Plaintiff's motion for class certification was previously denied;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1                                Case No. 09-cv-2063-CAB (NLS)

DB2/ 24211465.1

3. Plaintiff's remaining state law claims have previously been dismissed without prejudice;

4. This dismissal will be without prejudice as to any individual other than Plaintiff;

5. The Court's Order of dismissal will include the approval of the settlement of Plaintiff's FLSA claim;

6. Each party shall bear his or its own attorneys' fees and costs, except as set forth in the Parties' settlement.

IT IS SO STIPULATED.

Dated: July 3, 2013　　　　BLUMENTHAL, NORDREHAUG & BHOWMIK

By: ___/s/ Norman Blumenthal_____
　　　Norman Blumenthal
Attorneys for Plaintiff
THOMAS RIX

Dated: July 3, 2013　　　　MORGAN, LEWIS & BOCKIUS LLP

By: ___/s/ Alexander M. Chemers_____
　　　Alexander M. Chemers
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION