# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Rix,<br><br>            Plaintiff,<br>vs.<br><br>Lockheed Martin Corporation,<br><br>            Defendant. | CASE NO. 09cv02063-CAB (NLS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS ACTION<br><br>[Doc. No. 127] |

Having considered the Joint Motion to Dismiss Action Pursuant Notice of Settlement [Doc. No. 127], wherein the parties stipulate to the terms of dismissal for the above-captioned action, the Court hereby GRANTS the Joint Motion to Dismiss. This case is closed.

IT IS SO ORDERED.

DATED: July 5, 2013

_____
**CATHY ANN BENCIVENGO**
United States District Judge